**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellant*, | No. 13-10637 |
| v. | D.C. No. 5:11-cr-00900-EJD-1 |
| MARCO HERNANDEZ-LARA, *Defendant-Appellee.* | ORDER |

On Remand From The United States Supreme Court

Filed September 20, 2018

Before: Ferdinand F. Fernandez and Richard R. Clifton, Circuit Judges.

---

**ORDER**

This case is remanded for further proceedings in the district court in light of the Supreme Court's decision in *United States v. Hernandez-Lara*, 138 S. Ct. 1976 (2018), and to consider whether events have rendered further proceedings moot or otherwise barred. In *Hernandez,* the Supreme Court remanded for further consideration in light of *Beckles v. United States*, 580 U.S. \_\_\_\_ (2017).